# BK Attorney Services, LLC

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Oct 07, 2011          TIME RECEIVED: 11:15AM          TOTAL SERVED: 15

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:     John R. Knick, III                          CASE NO: 11-66094

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:     The Law Offices of Guy T. Conti, PLLC
ADDRESS                       2002 Hogback Road, Suite 11
                                     Ann Arbor, MI  48105-9736
PHONE                         [1] 888-489-3232

On Friday, October 07, 2011, a copy of the following documents, described below,

**Chapter 13 Plan**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: October 7, 2011

                                                    `          /s/ **Kathryn Jump**
                                                              Kathryn Jump
                                                              BK Attorney Services, LLC
                                                              An Authorized Notice Provider for
                                                              the United States Bankruptcy Courts

*Certificate of Service*

Label Matrix for local noticing
0645-2
Case 11-66094-tjt
Eastern District of Michigan
Detroit
Fri Oct  7 16:16:02 EDT 2011

Capitol National Bank
200 Washington Square North
Lansing, MI 48933-1330

Guy T. Conti
The Law Offices of Guy T. Conti, PLLC
2002 Hogback Road
Suite 11
Ann Arbor, MI 48105-9736

David Chapman Agency, Inc.
5700 W. Mount Hope Hwy
Lansing, MI 48917-8591

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave.
Grand Rapids, MI 49546-6253

Karen Vlahakis
12353 Durham Way
DeWitt, MI 48820

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

John R Knick III
647 Berkshire Drive
Saline, MI 48176-1090

Lancaster, James, Esq.
PO Box 10006
Lansing, MI 48901-0006

Mdt/lansing Automakers
4125 W St Joseph Hwy
Lansing, MI 48917-4218

Natl Cty Crd
4661 East Main St
Columbus, OH 43251-0001

Natlamerican
1 Allied Drive
Trevose, PA 19053-6945

Pnc Ne Er
4661 E Main St
Columbus, OH 43213-3298

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226-3681

U.S. Bank, NA
7901 Vine Street, Suite 200
Cincinnati, OH 45216-1600

Verizon
Verizon Wireless /Attn: Bankruptcy
Po Box 3397
Bloomington, IL 61702-3397

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15