BK Attorney Services, LLC
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Oct 07, 2011    TIME RECEIVED: 12:59PM    TOTAL SERVED: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:    John R. Knick, III                    CASE NO: 11-66094

                                                CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    The Law Offices of Guy T. Conti, PLLC
ADDRESS              2002 Hogback Road, Suite 11
                     Ann Arbor, MI 48105-9736
PHONE                [1] 888-489-3232

On Friday, October 07, 2011, a copy of the following documents, described below,

**Motion to Extend/Impose Stay Indefinitely**
**Index of Exhibits**
**Exhibit 1 - Proposed Order**
**Exhibit 2 - Notice of Motion and Opportunity to Object**
**Exhibiit 5 - Affidavit of John R. Knick, III**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: October 7, 2011

                              `    /s/ **Kathryn Jump**
                                   Kathryn Jump
                                   BK Attorney Services, LLC
                                   An Authorized Notice Provider for
                                   the United States Bankruptcy Courts

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 11-66094-tjt<br>Eastern District of Michigan<br>Detroit<br>Fri Oct  7 16:16:02 EDT 2011 | Capitol National Bank<br>200 Washington Square North<br>Lansing, MI 48933-1330 | Guy T. Conti<br>The Law Offices of Guy T. Conti, PLLC<br>2002 Hogback Road<br>Suite 11<br>Ann Arbor, MI 48105-9736 |
| David Chapman Agency, Inc.<br>5700 W. Mount Hope Hwy<br>Lansing, MI 48917-8591 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave.<br>Grand Rapids, MI 49546-6253 | Karen Vlahakis<br>12353 Durham Way<br>DeWitt, MI 48820 |
| Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 | John R Knick III<br>647 Berkshire Drive<br>Saline, MI 48176-1090 | Lancaster, James, Esq.<br>PO Box 10006<br>Lansing, MI 48901-0006 |
| Mdt/lansing Automakers<br>4125 W St Joseph Hwy<br>Lansing, MI 48917-4218 | Natl Cty Crd<br>4661 East Main St<br>Columbus, OH 43251-0001 | Natlamerican<br>1 Allied Drive<br>Trevose, PA 19053-6945 |
| Pnc Ne Er<br>4661 E Main St<br>Columbus, OH 43213-3298 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | U.S. Bank, NA<br>7901 Vine Street, Suite 200<br>Cincinnati, OH 45216-1600 |
| Verizon<br>Verizon Wireless /Attn: Bankruptcy<br>Po Box 3397<br>Bloomington, IL 61702-3397 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |